```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON BROWN et al.,

                Plaintiffs,

    -against-

THE CITY OF NEW YORK et al.,

               Defendants.
------------------------------------------------------------X

09 Civ. 7455 (RMB) (RLE)

**ORDER OF DISCONTINUANCE**

Based upon Plaintiffs' failure to prosecute the above-captioned case, i.e., by not submitting jury instructions and a pretrial order prior to the May 10, 2010 deadline set by the Court, it is hereby

**ORDERED**, that the action be, and the same hereby is, discontinued; provided, however, that Plaintiffs may apply by letter on or before May 26, 2010 (noon) showing good cause why this action should be restored to the calendar of the undersigned.

Dated: New York, New York
       May 12, 2010



RICHARD M. BERMAN, U.S.D.J.